# EXECUTIVE PRINCIPAL



| Job Code | FLSA Status | Salary Grade |
|---|---|---|
| 9307-EXECUTIVE PRINCIPAL | Exempt | HS P |

| Bargaining Unit | Reports To | Work Year |
|---|---|---|
| DSLA | Regional Superintendent | 233 |

## Manager Reference Guide

**MANAGER REFERENCE GUIDE**

## Overview & Purpose
Provide an overview of the core challenge(s) this role will be called upon to solve internally or for our partners.

Responsible for leading multiple key functions within DPS. Directs, plans and oversees overall growth strategies. Implements and achieves strategic plans, translates district vision into operational goals, and sets the highest standards of excellence.

## Primary Objective
Why the job exists & what role it plays within DPS

Provides overall direction and leadership for a network of schools that may be part of an IMO (Innovation Management Organization) or other shared school network arrangement. Responsible for managing school leaders and serves as an academic leader for the school community. Provide leadership, direction, and support to the implementation of the school's instructional and operational plans. Establish and communicate the IMO or shared network vision, mission, and culture strategy to internal and external stakeholders.

## Core Values & Competencies

**Shared Core values**
As a values-based organization, achieve goals through our shared commitment to Students First, Integrity, Equity, Collaboration, Accountability and Fun.

**The Leadership Investment Framework for Talent (LIFT)**

The LIFT framework is comprised of five (5) main competency groups (called LIFT Drivers), which are integrated into every Essential Function. The "LIFT Evaluation Category" (or Level) for this position's category is specified above. The Core Competencies Evaluation (CCE) framework includes one additional category identified below.

1 P&V Personal & Values
2 V&S Vision & Strategy
3 O&O Operational & Organizational
4 P&C People & Culture
5 C&E Community & Equity
6 P&P Policy & Procedure (CCE only)

**For more details about DPS growth and performance systems (LIFT & CCE) -click here**

## Key Responsibilities

| Key Responsibilities | Lift Drivers |
| --- | --- |
| Strategic planning: leads district change through developing and implementing nationally recognized or leading strategies using industry expertise, in depth knowledge and best practices. Prioritize, interpret and disseminate district goals to functional leaders and teams. | Personal & Values / Vision & Strategy |
| Operational excellence: design and create integrated systems and processes that drive ongoing improvements, to meet both strategic and tactical goals. Develop, maintain and monitor operational budgets, to meet financial objectives. | Operational & Organizational |
| Stakeholder relations: create and build collaborative relationships and pro-active communication channels between the district, functions, departments and external stakeholders. | People & Culture / Community & Equity |
| Corporate governance: ensure compliance with state and federal laws, Board of Education policies and regulations, maintain and direct activities related to the District's safety and security efforts. | People & Culture / Community & Equity |
| People effectiveness: maintain a culture of trust and developed leadership across functions. Manage succession planning, career development and performance per function. Ensure functional effectiveness by building high performance teams, communicating contributions, and engaging leadership. | Personal & Values / People & Culture |

## Essential Functions

| Description | % of Time Spent |
| --- | --- |
| •Lead a high-performing network team that will provide academic and operational support to school leaders and enable them to focus on instructional leadership | |
| •Assist in resolving problems/issues with Principals, parents and staff; support by monitoring student achievement and teacher development | |
| •Identify and address instructional and operational areas that involve all schools in | |

  the network
- Set standards for student achievement and ensure that continuous improvement is guided by student academic standards; school performance standards; and concrete data from school, state, and local assessments
- Plan, prepare and administer the IMO or shared network and school budgets, including the translation of educational needs, goals and objectives into budgetary terms, to ensure the long-term financial health of the network
- Develop and manage the IMO network's public relations program, including fundraising, community relations, district relations, politics, and the promotion of IMO or school network's educational model
- Establish measures and protocols to monitor whether the individual educational needs of pupils are being met. Develop plans that improve the quality and adequacy of instruction, and foster student achievement, growth and development in IMO or school network
- Work with and support parents, various individuals, agencies and organizations in the community, the School Improvement and Accountability Council, and the School Advisory Board (SAB) for each school in the network to develop a Unified Improvement Plan (UIP) that includes high and achievable goals and objectives
- Develop, implement, and disseminate to certificated and classified staff, administrative school policy and State school laws. Formulate and receives suggestions for IMO or school network and school policy

## Qualifications
Include licensure and certification requirements, if applicable

### Education - Minimum

| Education | Level | Area of Expertise |
|---|---|---|
| Minimum | | Master's degree with appropriate specialization such as middle school/secondary education, administration, curriculum, instruction, and guidance is preferred. Five (5) to seven (7) years of actual experience as an educator. Bilingual skills in Spanish preferred. |

### Education - Preferred

| Education | Level | Area of Expertise |
|---|---|---|
| Preferred | Master's Degree | |

### Experience

| Required Years | Area of Relevant Expertise |
|---|---|
| 7+ | |

### Years of Management Responsibility
5+

### Licensure & Certifications

| Required - enter any additional required criteria here | Preferred - enter any additional preferred criteria here |
|---|---|
| A current, valid State of Colorado Type D Certificate Endorsed Principal, or a Colorado Principal License, or authorization. | |

**Knowledge, Skills & Abilities - Add additional KSAs as needed**

| Required/Preferred | Knowledge, Skills & Abilities |
|---|---|
| Required | Knowledge of applicable laws and regulations |
| Required | Ability to effectively lead a function |
| Required | Ability to develop, plan, and implement long-range goals, establish priorities, and organize resources |
| Required | Demonstrated experience performing as an effective leader and team player, and recognizing and resolving conflicts or potentially controversial situations through diplomacy |
| Required | Strong interpersonal and leadership skills, including the ability to lead a high-performing team |
| Required | Superior leadership, coaching and mentoring skills |
| Required | Looks for ways to significantly improve business performance and growth |
| Required | Strong inter-personal skills and ability to work with individuals at all different levels in the organization |
| Required | Focuses function on strategic goals |
| Required | Encourages diversity and mutual respect among team members and demonstrates compassion and sensitivity |
| Preferred | Knowledge of innovation schools and a track record of success in school leadership. |
| Preferred | Interpersonal, public relations, instruction, curriculum, facilitation, management, decision making, collaboration and organizational skills. |
| Preferred | In-depth knowledge of instruction, standards-based education and leadership. |
| Preferred | Operating knowledge of and experience with personal computer and office software. |
| Preferred | Oral and written fluency in second language is preferred. |
| Preferred | May assist with translation and/or communication using second language skills when possible. |

**Working Conditions & Physical Requirements**
Compensation use only.

https://financialservices.dpsk12.org/wp-content/uploads/sites/23/Office_Professional.pdf
https://financialservices.dpsk12.org/wp-content/uploads/sites/23/Office_Professional.pdf

**Disclaimer**

*The above statements are intended to describe the general nature and level of work being performed by individuals assigned to this job. They are not intended to be an exhaustive list of all responsibilities, duties, and skills required of personnel in this classification.*

## Questionnaire - Section 1: Position Information

**Proposed Position Title:**
**Work Year:**
**HR Partner:**
**Reports To:**
**Dept/Sub-Dept:**
**Specify the request type:**

## Questionnaire - Section 2: General Information (Required for all job evaluations)

**List all external/internal comparator jobs used to create this job description**

| Enter external Position Titles used | Enter internal Position Titles used |
|---|---|
| | |

**Direct Reports**

| Does this job have direct reports? | If so, how many? | Enter the Employee Names and Position Titles of the individuals that will be managed by this role |
|---|---|---|
| Yes | 3+ | |

**Job Status**
  **Is the job grant funded?:**
  **Is the job full time, part time or temporary?:**
  **Is this job part of a reorganization?:**
  **If known, specify the name of the candidate for this job:**
  **What is the anticipated salary range for this job?:**
  **What job(s) was previously responsible for this work?:**

**Provide examples of decision making authority and other tasks that demonstrate responsibility level**

## Questionnaire - Section 3: Only complete for Reclassifications & Reorganizations

**Position Title**

| Please list the original position title | What percentage of duties is changing? |
|---|---|
| | |

| **Please provide a brief summary of the duties that are changing** | |
|---|---|
| **Pay Adjustment** | |
| Are you requesting to provide a pay adjustment? | If adjustment, please provide the pay adjustment rationale |

**Organizational Chart**
Please paste link for documents.

> Organizational Chart:
> Add'l documents, such as employee resume or ppt presentation:

**Reminder**

- Return this completed job evaluation request to your HR partner by clicking the green "Approve" button on the right-hand side of your screen.
- Email employee resume and/or organizational chart to **compensation@dpsk12.org** and reference the name of the job.
- Once all necessary documentation has been received, please expect a 7-10 business day turnaround time. Additional time is required for multiple requests.
- The compensation analyst will send a follow up email or schedule a time to meet with you if there are additional questions regarding this request.
- Upon approval , you will receive a copy of the final job description which includes job code, position title, and pay grade to utilize in the next steps of the job posting or reclassification process.

**Human Resources Use Only**
To be completed by HR and is for interdepartmental reference only.