Channel 9 News

Page 1

```
                    CHANNEL 9 NEWS

                    AUDIO RECORDING

                 STUDENT INVESTIGATION
```

Transcribed By:
Charlotte Crandall, RPR

Channel 9 News

2 to 5

Page 2

1      KYLE CLARK:  Latest shooting at East High School is
2  exposing that there are students and staff who fear for their
3  lives in Denver schools.  More than 800 students who could be a
4  danger to themselves or others have gone through a threat
5  assessment at school this year, and in some cases students
6  suspected of violence clear up to attempted murder charges are
7  put back into regular classrooms by district leaders, put back
8  there against the advice of police and school administrators.
9  Our Chris Vanderveen has this 9 New's originals report.
10      SPEAKER:  You're nervous, you're anxious.  You just
11  want to see your kid's face.
12      SPEAKER:  And our children shouldn't have to go to
13  school and worry about their safety.
14      SPEAKER:  I received a text message from my daughter
15  that East was on lockdown.
16      CHRIS VANDERVEEN:  Not long after the texts --
17      SPEAKER:  Supposedly there were shots fired on the
18  first floor.
19      CHRIS VANDERVEEN:  -- and not long after the rush --
20      FRANK ANNELLO:  I went and grabbed Carolyn.  I said we
21  need to go now.  This isn't a joke anymore.
22      CHRIS VANDERVEEN:  Carolyn and Frank Annello
23  (phonetic) learned their daughter's high school had a policy --
24      SPEAKER:  This particular student actually had a
25  safety plan that was in place.

Page 3

1      CHRIS VANDERVEEN:  -- policy they knew nothing about.
2      SPEAKER:  They were to be searched at the beginning of
3  the school day every day.
4      SPEAKER:  Parents aren't being notified that kids are
5  being patted down in their schools.  Yeah.  There's a major
6  problem.
7      CHRIS VANDERVEEN:  And yet that policy --
8      SPEAKER:  Are you mad?
9      SPEAKER:  Yeah.  Frustrated.
10      CHRIS VANDERVEEN:  -- is one Kurt Dennis has come to
11  know all too well.
12      KURT DENNIS:  When I heard of what happened at East,
13  and I recognize the similarities of the situation that we're
14  working with here at our school, it really hit a nerve.
15      CHRIS VANDERVEEN:  Why?  Because for the last few
16  weeks the principal at Denver's McAuliffe International School,
17  the city's largest middle school, has helped implement that same
18  pat down policy for one of its students.
19      SPEAKER:  I think it's important that people know, and
20  I think it's important that parents know, and I think it's
21  important for school leaders to speak out and say this isn't
22  okay and needs to stop.
23      CHRIS VANDERVEEN:  Earlier this year he received
24  notice that prosecutors had charged a student at his school
25  with, among other things, attempted first degree murder and

Page 4

1  illegal discharge of a firearm.  Denver police told them in
2  their professional opinion the student should not return to a
3  traditional setting.
4      SPEAKER:  The detective stated very clearly that under
5  no circumstance did she believe that the student should be
6  returning to an in-person learning setting in Denver public
7  schools.
8      SPEAKER:  And yet?
9      SPEAKER:  And yet we were directed to have the student
10  returned to school in person.
11      CHRIS VANDERVEEN:  He did ask for the student to
12  access courses online.
13      SPEAKER:  Our request that the student be enrolled in
14  an online school was denied.
15      SPEAKER:  Why?  Do you know?
16      SPEAKER:  I have no idea.  I have no idea.
17      CHRIS VANDERVEEN:  He then asked for an expulsion, to
18  which the district said no.
19      SPEAKER:  The school district told you because this
20  attempted murder took place off school grounds, it doesn't
21  impact his life on school grounds?
22      SPEAKER:  Correct.
23      CHRIS VANDERVEEN:  And so for weeks he and his team
24  have done something he admits they're not trained to do, pat
25  down a student day after day after day, hoping not to find a

Page 5

1  weapon.  In a recording, a district safety administrator told
2  him he's hardly the only one to feel frustrated.
3      SPEAKER:  Unfortunately we have other students charged
4  with attempted murder that has come back to their school, or
5  tried to, yes, that is a possibility.
6      SPEAKER:  I know that this is happening beyond just
7  McAuliffe International School, and that it's happening in other
8  schools in Denver.
9      CHRIS VANDERVEEN:  And so he spoke to us today,
10  putting his professional life at risk.
11      You're aware of that?
12      SPEAKER:  Yeah.
13      CHRIS VANDERVEEN:  You're okay with that?
14      SPEAKER:  Yeah.  It's important, yeah.
15      CHRIS VANDERVEEN:  Carolyn and Frank Annello say they
16  support him.  Why?  Because their other daughter attends
17  McAuliffe, and they're now aware of that school's policy as
18  well.
19      CAROLYN ANNELLO:  That's not okay with me, and I'm
20  sure it's not okay with many other parents as well.
21      CHRIS VANDERVEEN:  This all leads to a series of
22  questions, most notably, if it can happen at McAuliffe, where
23  else is it happening?  We know of some.  We'd like to know more,
24  and we sent a series of questions to the district.
25  Unfortunately, due to the shooting at East on Wednesday, the

|  |  |
|---|---|
| Page 6<br>1  district is closed today, and we have yet to receive a response.<br>2  We will let you know when that changes.  Kyle?<br>3          KYLE CLARK:  The people inside DPS know what's going<br>4  on.  They know how this functions, and now it seems like the dam<br>5  is breaking with some folks saying parents and the public need<br>6  to know what we understand.<br>7          CHRIS VANDERVEEN:  That's the main reason for coming<br>8  forward, is that there's this idea that if principals are<br>9  allowed to know and school district administrators are allowed<br>10 to know, then why in the heck aren't parents allowed to know<br>11 what's going inside their school?  We suspect, as you said, this<br>12 could lead to a dam breaking.  We know of other schools.  We'd<br>13 like to hear from more, but we suspect this is happening at<br>14 other schools, and kudos for this principal for coming forward<br>15 today.<br>16         KYLE CLARK:  Absolutely.  And I think everybody's been<br>17 wondering after the shooting at East, where's the bar, where's<br>18 the line which a student is deemed too dangerous to be in a<br>19 mainstream classroom?  And now we know that an attempted murder<br>20 charge with a weapon does not exceed that line.<br>21         So we want to hear from folks.  They can email<br>22 Next@9News.com.  If you prefer an encrypted channel to reach me,<br>23 Chris, rest of the team, you can text us via signal at (303)<br>24 871-1841.  We're ready to learn more about what's happening<br>25 because again, we want to be able to inform policy with public | Page 8<br>1           CERTIFICATE OF TRANSCRIBER<br>2<br>3<br>4     I, Charlotte Crandall, do hereby certify that I was<br>5  authorized to transcribe the foregoing recorded proceeding; and<br>6  that the transcript is a true and accurate transcription, to the<br>7  best of my ability, taken while listening to the provide<br>8  recording.<br>9<br>10     I FURTHER CERTIFY that I am not of counsel or attorney<br>11 for either or any of the parties to said proceedings, nor in any<br>12 way interested in the events of this cause, and that I am not<br>13 related to any of the parties thereto.<br>14<br>15<br>16    Dated this 25th day of October, 2023.<br>17<br>18<br>19          *Charlotte Crandall*<br>20         Charlotte Crandall, RPR<br>21<br>22<br>23<br>24<br>25 |
| Page 7<br>1  knowledge.<br>2          CHRIS VANDERVEEN:  You bet.  Absolutely.  We need to<br>3  know more about what's going on inside the schools.  Parents<br>4  deserve to know.<br>5          KYLE CLARK:  Chris, thank you.<br>6          CHRIS VANDERVEEN:  You bet.<br>7          (End of recording.)<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 |  |

Channel 9 News

1

| ( | | | |
|---|---|---|---|

**(303)**
  6:23

| 8 | | | |
|---|---|---|---|

**871-1841**
  6:24

| A | | | |
|---|---|---|---|

**able**
  6:25
**Absolutely**
  6:16  7:2
**access**
  4:12
**administrator**
  5:1
**administrators**
  6:9
**admits**
  4:24
**allowed**
  6:9,10
**Annello**
  5:15,19
**asked**
  4:17
**attempted**
  3:25  4:20
  5:4  6:19
**attends**
  5:16
**aware**
  5:11,17

| B | | | |
|---|---|---|---|

**back**
  5:4
**bar**
  6:17
**beginning**
  3:2
**believe**
  4:5
**bet**
  7:2,6
**breaking**
  6:5,12

| C | | | |
|---|---|---|---|

**Carolyn**
  5:15,19
**changes**
  6:2
**channel**
  6:22
**charge**
  6:20
**charged**
  3:24  5:3
**Chris**
  3:1,7,10,15,
  23  4:11,17,
  23  5:9,13,
  15,21  6:7,23
  7:2,5,6
**circumstance**
  4:5
**city's**
  3:17
**CLARK**
  6:3,16  7:5
**classroom**
  6:19
**clearly**
  4:4
**closed**
  6:1
**come**
  3:10  5:4
**Correct**
  4:22
**courses**
  4:12

| D | | | |
|---|---|---|---|

**dam**
  6:4,12
**dangerous**
  6:18
**daughter**
  5:16
**day**
  3:3  4:25
**deemed**
  6:18
**degree**
  3:25
**denied**
  4:14
**Dennis**
  3:10,12
**Denver**
  4:1,6  5:8
**Denver's**
  3:16
**deserve**
  7:4
**detective**
  4:4
**directed**
  4:9
**discharge**
  4:1
**district**
  4:18,19  5:1,
  24  6:1,9
**DPS**
  6:3
**due**
  5:25

| E | | | |
|---|---|---|---|

**Earlier**
  3:23
**East**
  3:12  5:25
  6:17

**email**
  6:21
**encrypted**
  6:22
**end**
  7:7
**enrolled**
  4:13
**everybody's**
  6:16
**exceed**
  6:20
**expulsion**
  4:17

| F | | | |
|---|---|---|---|

**feel**
  5:2
**find**
  4:25
**firearm**
  4:1
**first**
  3:25
**folks**
  6:5,21
**forward**
  6:8,14
**Frank**
  5:15
**frustrated**
  3:9  5:2
**functions**
  6:4

| G | | | |
|---|---|---|---|

**going**
  6:3,11  7:3
**grounds**
  4:20,21

Channel 9 News

2

| H | K | | P |
|---|---|---|---|
| happen | kids | main | parents |
| 5:22 | 3:4 | 6:7 | 3:4,20 5:20 |
| happened | knew | mainstream | 6:5,10 7:3 |
| 3:12 | 3:1 | 6:19 | pat |
| happening | know | major | 3:18 4:24 |
| 5:6,7,23 | 3:11,19,20 | 3:5 | patted |
| 6:13,24 | 4:15 5:6,23 | Mcauliffe | 3:5 |
| hear | 6:2,3,4,6,9, | 3:16 5:7,17,22 | people |
| 6:13,21 | 10,12,19 | middle | 3:19 6:3 |
| heard | 7:3,4 | 3:17 | person |
| 3:12 | knowledge | murder | 4:10 |
| heck | 7:1 | 3:25 4:20 | place |
| 6:10 | kudos | 5:4 6:19 | 4:20 |
| helped | 6:14 | | police |
| 3:17 | Kurt | N | 4:1 |
| hit | 3:10,12 | need | policy |
| 3:14 | Kyle | 6:5 7:2 | 3:1,7,18 |
| hoping | 6:2,3,16 7:5 | needs | 5:17 6:25 |
| 4:25 | | 3:22 | possibility |
| | L | nerve | 5:5 |
| I | largest | 3:14 | prefer |
| idea | 3:17 | Next@9news.com. | 6:22 |
| 4:16 6:8 | lead | 6:22 | principal |
| illegal | 6:12 | notably | 3:16 6:14 |
| 4:1 | leaders | 5:22 | principals |
| impact | 3:21 | notice | 6:8 |
| 4:21 | leads | 3:24 | problem |
| implement | 5:21 | notified | 3:6 |
| 3:17 | learn | 3:4 | professional |
| important | 6:24 | | 4:2 5:10 |
| 3:19,20,21 | learning | O | prosecutors |
| 5:14 | 4:6 | okay | 3:24 |
| in-person | life | 3:22 5:13,19,20 | public |
| 4:6 | 4:21 5:10 | one | 4:6 6:5,25 |
| inform | line | 3:10,18 5:2 | putting |
| 6:25 | 6:18,20 | online | 5:10 |
| inside | | 4:12,14 | |
| 6:3,11 7:3 | M | opinion | Q |
| International | mad | 4:2 | questions |
| 3:16 5:7 | 3:8 | | 5:22,24 |

Channel 9 News

3

**R**

reach
  6:22
ready
  6:24
reason
  6:7
receive
  6:1
received
  3:23
recognize
  3:13
recording
  5:1 7:7
request
  4:13
response
  6:1
rest
  6:23
return
  4:2
returned
  4:10
returning
  4:6
risk
  5:10

**S**

safety
  5:1
saying
  6:5
school
  3:3,14,16,
  17,21,24
  4:10,14,19,
  20,21 5:4,7
  6:9,11
school's
  5:17

schools
  3:5 4:7 5:8
  6:12,14 7:3
searched
  3:2
series
  5:21,24
setting
  4:3,6
shooting
  5:25 6:17
signal
  6:23
similarities
  3:13
situation
  3:13
speak
  3:21
SPEAKER
  3:2,4,8,9,19
  4:4,8,9,13,
  15,16,19,22
  5:3,6,12,14
spoke
  5:9
stated
  4:4
stop
  3:22
student
  3:24 4:2,5,
  9,11,13,25
  6:18
students
  3:18 5:3
support
  5:16
sure
  5:20
suspect
  6:11,13

**T**

team
  4:23 6:23
text
  6:23
thank
  7:5
things
  3:25
think
  3:19,20 6:16
today
  5:9 6:1,15
told
  4:1,19 5:1
traditional
  4:3
trained
  4:24

**U**

understand
  6:6

**V**

VANDERVEEN
  3:1,7,10,15,
  23 4:11,17,
  23 5:9,13,
  15,21 6:7
  7:2,6

**W**

want
  6:21,25
weapon
  5:1 6:20
Wednesday
  5:25
weeks
  3:16 4:23
wondering
  6:17
working
  3:14

**Y**

yeah
  3:5,9 5:12,
  14
year
  3:23