DENVER PUBLIC SCHOOLS 

August 28, 2023

Mr. Kurt Dennis

Re: Revised Notice of Dismissal from Employment

Dear Mr. Dennis:

On July 3, 2023, you received notice that your employment with Denver Public Schools would be terminated based on findings from the District's internal fact gathering regarding your conduct prior to that date (see attached). Since the July 3, 2023 notice was issued, the District has been alerted to additional conduct which the District deems relevant to the decision to terminate. As a result, the District has made the decision to modify the notice of dismissal so as to properly account for all relevant information (see below).

This revised notice of dismissal does not impact the effective date of your termination or your permanent ineligibility for re-employment with the District.

\* \* \*

This decision to terminate your employment is based on the findings from the District's internal fact gathering regarding your conduct, which is supported by the preponderance of statements and documents collected from you, witnesses, and those individuals as having relevant information. More specifically:

- You violated DPS Administration Policies JKA - Restraint, Physical Holds and Seclusion, and JKA-R -Restraint, Physical Holds and Seclusion Regulation.
    - o You directed McAuliffe International faculty and staff to use at least two rooms located in the school for the purpose of student seclusion. You personally placed or directed faculty and staff to place students in these rooms without proper supervision or accompaniment. And you personally continued using or directed faculty and staff to continue using these rooms for seclusion despite being aware that the rooms were not safe or appropriate for this purpose.

- You violated DPS Administration Policies AC - Nondiscrimination/Equal Opportunity, AC-R1 - Procedures for the Investigation of Complaints of Discrimination or Harassment, JB - Equal Educational Opportunities and Nondiscrimination, JF - Admission and Denial of Admission.
    - o You repeatedly attempted to remove a young student of color from McAuliffe International, persisted in those attempts despite being directed by the District on multiple occasions that removal was not available or appropriate, and undertook

DENVER PUBLIC SCHOOLS 

- those actions to undermine the District's stated position with the intent and purpose of preventing the student from attending McAuliffe International.

- Your actions created legal exposure for the District under the Family Educational Rights and Privacy Act (FERPA) and C.R.S. §19-1-304. You also violated DPS Administration Policies JRCB - Privacy and Protection of Confidential Student Information, JRCB-R - Privacy and Protection of Confidential Student Information Regulation, G - Media Relations, and engaged in insubordination for failing to comply with a written directive that was sent to all school leaders on April 27, 2022, by the DPS Chief of Talent, Edwin Hudson regarding procedures for elevating concerns regarding operational decisions.
    - o On March 24, 2023, you took part in an interview with a reporter with channel 9News. The resulting 9News story highlights confidential documents to which you had access in your capacity as principal, including but not limited to a DPS administrative transfer form, a DPS threat assessment, and a juvenile justice charging document, pertaining to the same young student of color. Your public disclosure of confidential information allowed the reporter, the student's peers and the larger McAuliffe International community to ascertain that the information you provided to channel 9News was about him, causing the student to be singled out by faculty and staff and ostracized by his peers.

- You violated DPS Administration Policies AC - Nondiscrimination/Equal Opportunity, AC-R1 - Procedures for the Investigation of Complaints of Discrimination or Harassment, JB - Equal Educational Opportunities and Nondiscrimination, JC-R - Student Assignment, JFABD - Homeless Students.
    - o You contacted a DOS CN2163 Diversion Criminal Justice Officer regarding the student and incorrectly informed the Officer that the student could no longer attend McAuliffe International because the student and his family moved out of the boundaries of McAuliffe International (Adams County). District policy does not require a student transfer to another school under these circumstances; rather, it does the opposite, stating that a student has a right to continue in their current school for the remainder of the school year.

- The above described policy violations are part of a pattern of administrative actions occurring under your leadership of McAuliffe International, which have had a disproportionate negative impact students of color and students with disabilities:
    - o In April and May of 2022, multiple complaints were filed by McAuliffe and DPS employees, alleging you and other MIS employees alleged inappropriate use of discipline against students with disabilities as well as the failure to appropriately use funds to hire paraprofessionals to support special education students. This investigation was referred to a third-party investigator. While ultimately unfounded for policy violations, the investigator's report revealed concerns around your failure to adequately communicate and provide support for the AN center, warranting specific remedies to help correct the issues.

Denver Public Schools 

- o Also in the spring of 2022, a complaint was filed by a student of color, alleging that you discriminated against him based on his race/color by giving him six out-of-school suspensions between September 2021 through April 2022. This investigation was conducted by an internal investigator and concluded on December 16, 2022. The investigator determined that the out-of-school suspensions issued to the complainant student were implemented in an overly punitive manner and that MIS's overuse of out-of-school suspensions more generally was having disparate impact on students of color.
- o On January 10, 2023, a complaint was filed on behalf of a MIS student of color based on disparate treatment, race/color and disability as it relates to the use of discipline. This complaint is currently under investigation.

Respectfully,

Grant Guyer
Associate Chief, Strategic Operations
Denver Public Schools

cc. Human Resources Personnel File

DENVER PUBLIC SCHOOLS 

July 3, 2023

Mr. Kurt Dennis

Re: Notice of Dismissal from Employment

Dear Mr. Dennis:

This letter is to serve as notice that your employment with Denver Public Schools will be terminated effective as of the date of this letter. You will be ineligible for re-employment with the District.

This decision to terminate your employment is based on the findings from the District's internal fact gathering regarding your conduct, which is supported by the preponderance of statements and documents collected from you, witnesses, and those individuals as having relevant information. More specifically:

- You violated DPS Administration Board Policies AC - Nondiscrimination/Equal Opportunity, AC-R1 - Procedures for the Investigation of Complaints of Discrimination or Harassment, JB - Equal Educational Opportunities and Nondiscrimination, JF - Admission and Denial of Admission.
  - You repeatedly attempted to remove a young student of color from McAuliffe International, persisted in those attempts despite being directed by the District on multiple occasions that removal was not available or appropriate, and undertook those actions to undermine the District's stated position with the intent and purpose of preventing the student from attending McAuliffe International.

- Your actions created legal exposure for the District under the Family Educational Rights and Privacy Act (FERPA) and C.R.S. §19-1-304. You also violated DPS Administration Policies JRCB - Privacy and Protection of Confidential Student Information, JRCB-R - Privacy and Protection of Confidential Student Information Regulation, G - Media Relations, and engaged in insubordination for failing to comply with a written directive that was sent to all school leaders on April 27, 2022, by the DPS Chief of Talent, Edwin Hudson regarding procedures for elevating concerns regarding operational decisions.
  - On March 24, 2023, you took part in an interview with a reporter with channel 9News. The resulting 9News story highlights confidential documents to which you had access in your capacity as principal, including but not limited to a DPS administrative transfer form, a DPS threat assessment, and a juvenile justice charging document, pertaining to the same young student of color. Your public disclosure of confidential information allowed the reporter, the student's peers and the larger McAuliffe International community to ascertain that the information

DENVER PUBLIC SCHOOLS 

you provided to channel 9News was about him, causing the student to be singled out by faculty and staff and ostracized by his peers.

- You violated DPS Administration Board Policies AC - Nondiscrimination/Equal Opportunity, AC-R1 - Procedures for the Investigation of Complaints of Discrimination or Harassment, JB - Equal Educational Opportunities and Nondiscrimination, JC-R - Student Assignment, JFABD - Homeless Students.
    - o You contacted a DOS CN2163 Diversion Criminal Justice Officer regarding the student and incorrectly informed the Officer that the student could no longer attend McAuliffe International because the student and his family moved out of the boundaries of McAuliffe International (Adams County). District policy does not require a student transfer to another school under these circumstances; rather, it does the opposite, stating that a student has a right to continue in their current school for the remainder of the school year.

- The above described policy violations are part of a pattern of administrative actions occurring under your leadership of McAuliffe International, which have had a disproportionate negative impact students of color and students with disabilities:
    - o In April and May of 2022, multiple complaints were filed by McAuliffe and DPS employees, alleging you and other MIS employees alleged inappropriate use of discipline against students with disabilities as well as the failure to appropriately use funds to hire paraprofessionals to support special education students. This investigation was referred to a third-party investigator. While ultimately unfounded for policy violations, the investigator's report revealed concerns around your failure to adequately communicate and provide support for the AN center, warranting specific remedies to help correct the issues.
    - o Also in the spring of 2022, a complaint was filed by a student of color, alleging that you discriminated against him based on his race/color by giving him six out-of-school suspensions between September 2021 through April 2022. This investigation was conducted by an internal investigator and concluded on December 16, 2022. The investigator determined that the out-of-school suspensions issued to the complainant student were implemented in an overly punitive manner and that MIS's overuse of out-of-school suspensions more generally was having disparate impact on students of color.
    - o On January 10, 2023, a complaint was filed on behalf of a MIS student of color based on disparate treatment, race/color and disability as it relates to the use of discipline. This complaint is currently under investigation.

You will be in-eligible for re-employment with the District. You may request that the District reconsider your designation as permanently ineligible for rehire. You may access the Reconsideration of Status here:
https://docs.google.com/document/d/1qe6f_AQ9pkIrAbyTU3SinDQN7Pb6hraQxLoM68uGDs8/edit?usp=sharing

DENVER PUBLIC SCHOOLS 

Pursuant to Superintendent Regulation GDQD-R, you have the right to request a Post-Termination Hearing before a Human Resources Department administrator. If you wish to request such a hearing, your request must be <u>received</u> by the Office of Employee & Labor Relations no later than Friday, July 7, 2023, three business days from the date of this letter. The contact information is as follows:

>Denver Public Schools
>Office of Employee & Labor Relations
>1860 Lincoln St.
>Denver, CO 80203
>Phone: 303-565-0570
>E-mail: Employee_Relations@dpsk12.org

**If you do not request a hearing by the close of business on the date identified above, your termination will be final.**

You may receive a notice shortly regarding any rights you may have, if you are eligible, to extend health insurance benefits you received during your term of employment with the District at your expense. If you have any questions in this regard, please call the Employee Benefits Department at 720-423-3900. Also, to the extent you maintain a retirement account with the District; please contact Colorado PERA at (303) 832-9550 to discuss any options you may have, including rollover or distribution.

Respectfully,


Grant Guyer
Associate Chief, Strategic Operations
Denver Public Schools


cc. Human Resources Personnel File