

# Denver Public Schools Employment Practice Manual

**Updated: June 9, 2023**

1



- District employees shall not wear t-shirts, campaign buttons, or display other such campaign materials during the course of the work day or at District-sponsored activities, or on District grounds that are related to a candidate or ballot initiative.

- District employees may respond to unsolicited questions regarding candidates or a ballot issue.  The answer should give facts, if they are available, not opinion or speculation, and should not suggest a particular vote.

- District employees may work on a campaign and speak out on a ballot issue and candidate(s) on our own time, taking whatever steps are necessary to document that the effort is done on our own time.

- District employees may allow groups opposed to or supportive of a ballot issue and/or candidate(s) to use school facilities to discuss the issue consistent with DPS Policy and regulation KF, KF-R for community use of district facilities.

- District employees may sponsor appropriate debates on ballot issues and/or candidate(s).

- District employees may host a candidate forum to allow students to hear from candidates, ensuring that all candidates are invited and given an equal opportunity to present their views.

- District employees may permit groups to distribute campaign materials outside school buildings, or at school events or activities, in a manner approved by the principal which will not interfere with student safety or the educational environment. Generally, the distribution of campaign materials should be conducted off of school grounds so that student safety and the educational environment are not jeopardized. An equal opportunity should be provided to all candidates.

Note: under law, these restrictions apply to candidates and ballot measures.  They do not apply to legislation and employees may advocate in their professional capacities on behalf of legislation that is consistent with the District's mission and values (e.g. increased funding in the School Finance Act).  The Board of Education is also legally allowed to take a position on ballot measures when they act through Board Resolution.

### MEDIA RELATIONS
- The District respects the individual freedom of staff to express their personal opinions on District actions and policies, while also recognizing that the District is responsible for coordinating official comment on all matters regarding the District.
- The District encourages employees to serve as members of community panels, boards, civic organizations, professional associations and other similar voluntary associations. An employee assuming such a role is not acting as a spokesperson of the District.

### USE OF DISTRICT LOGO AND SEALS
- The District is responsible for establishing and maintaining the District's graphic standards, and specific standards apply to the use of the District's logos and seals.
- The District has legal rights regarding the use of its name, logos, seals, and protected trademarks.

### QUESTIONS TO ASK YOURSELF
- *Am I engaging in partisan political activities related to a candidate or ballot measure on District time or using District resources?*

21