IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02257-JLK

KURT DENNIS,

Plaintiff,

v.

SCHOOL DISTRICT NO. 1 d/b/a DENVER PUBLIC SCHOOLS;
SUPERINTENDENT ALEX MARRERO, in his individual and official capacities;
DENVER PUBLIC SCHOOL BOARD OF EDUCATION PRESIDENT XÓCHITL GAYTÁN, in her individual and official capacities;
DENVER PUBLIC SCHOOL BOARD OF EDUCATION VICE PRESIDENT AUON'TAI ANDERSON, in his individual and official capacities;
DENVER PUBLIC SCHOOL BOARD OF EDUCATION TREASURER SCOTT ESSERMAN, in his individual and official capacities;
DENVER PUBLIC SCHOOL BOARD OF EDUCATION SECRETARY MICHELLE QUATTLEBAUM, in her individual and official capacities;
DENVER PUBLIC SCHOOL BOARD OF EDUCATION MEMBER CARRIE OLSON, in her individual and official capacities; and
DENVER PUBLIC SCHOOL BOARD OF EDUCATION MEMBER CHARMAINE LINDSAY, in her individual and official capacities,

Defendants.

---

**DEFENDANT DENVER PUBLIC SCHOOLS' NOTICE OF CONVENTIONALLY SUBMITTED MATERIAL**

---

Defendant School District No. 1 d/b/a Denver Public Schools ("DPS"), by and through its undersigned counsel, hereby submits their notice of conventionally submitted material, submitted via flash drive hand-delivered to the Chamber of Judge John L. Kane as follows:

1. Ex. A: Broadcast of Interview to Defendant Denver Public Schools' Motion to Compel 9News/KUSA-TV to Comply with the Subpoena Duces Tecum.

   RESPECTFULLY SUBMITTED this 13th day of October, 2025.

By: <u>*s/ Max Solomon Spiegel*</u>
Michael Brent Case
Jonathan P. Fero
Max Solomon Spiegel
Semple, Farrington, Everall & Case, P.C.
1120 Lincoln Street, Suite 1308
Denver, CO 80203
bcase@semplelaw.com
jfero@semplelaw.com
mspiegel@semplelaw.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2025, I electronically filed the foregoing via CM/ECF, which will provide notice of the filing to:

David A. Lane
Madison Lips
KILLMER LANE, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
dlane@kln-law.com; mlips@kln-law.com
Attorneys for Plaintiff

In addition, I provided notice via email to:

Steve Zansberg
Zansberg Beylkin
100 Fillmore St., Ste. 500
Denver, CO 80206
steve@zblegal.com
Attorney for 9News

By: <u>*s/ Elaine Montoya*</u>