

DENNIS 000943

**Exhibit B
Page 1 of 1**