```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 23-cv-2257-JLK
 3
     KURT DENNIS,
 4
     Plaintiff,
 5
     vs.
 6
     SCHOOL DISTRICT NO. 1, d/b/a, DENVER PUBLIC SCHOOLS
 7   SUPERINTENDENT ALEX MARRERO, in his individual and official
     capacities;
 8   DENVER PUBLIC SCHOOL BOARD OF EDUCATION PRESIDENT XOCHITL
     GAYTAN, in her individual and official capacities;
 9   DENVER PUBLIC SCHOOL BOARD OF EDUCATION VICE PRESIDENT
     AUON'TAI ANDERSON, in his individual and official
10   capacities;
     DENVER PUBLIC SCHOOL BOARD OF EDUCATION TREASURER SCOTT
11   ESSERMAN in his individual and official capacities;
     DENVER PUBLIC SCHOOL BOARD OF EDUCATION SECRETARY MICHELLE
12   QUATTLEBAUM, in her individual and official capacities;
     DENVER PUBLIC SCHOOL BOARD OF EDUCATION MEMBER CARRIE OLSON,
13   in her individual and official capacities; and
     DENVER PUBLIC SCHOOL BOARD OF EDUCATION MEMBER CHARMAINE
14   LINDSAY, in her individual and official capacities,

15   Defendants.

16   -------------------------------------------------------------

17                         REPORTER'S TRANSCRIPT
                          (Scheduling Conference)
18   -------------------------------------------------------------

19
20       Proceedings before the HONORABLE JOHN L. KANE, Senior

21   Judge, United States District Court for the District of

22   Colorado, commencing at 10:33 a.m., on the 20th day of

23   February, 2025, in Courtroom A802, United States Courthouse,

24   Denver, Colorado.

25
```

Exhibit C
Page 1 of 3

22

1    that will -- a lot of times these come after written
2    discovery is over, so after that long period of discovery.
3            The other issue I have for you is the fact that a
4    central issue in this case obviously involves the -- you
5    know, the television interview.  And I know that there will
6    be some discovery, probably a third-party subpoena, to one
7    or more news organizations.  I -- I haven't done that
8    before.  And I don't know if there will be resistance to
9    that by either the plaintiff or the news organizations
10   themselves.  It's a -- I'm thinking about it as a potential
11   special problem for discovery that might even have to be
12   sorted out by the Court.
13           THE COURT:  Well, you -- it's -- you're entitled to
14   discover the unedited filming, as well as the edited
15   filming, but the distinction has to be made during the
16   trial, but you're entitled to do that.  So I can understand
17   your technological naivete because I share it.
18           MR. CASE:  That's all my reasons.
19           THE COURT:  Okay.
20           MS. LIPS:  Your Honor, good morning.  I'm Maddie
21   Lips with Dave Lane, who you know.
22           THE COURT:  Yes.
23           MS. LIPS:  We have -- I think we originally
24   proposed nine months for the discovery period.  And, you
25   know, we are usually not opposed to a longer time if people

Exhibit C
Page 2 of 3

```
                                                              28

 1                      REPORTER'S CERTIFICATE
 2         I certify that the foregoing is a correct transcript
 3    from the record of proceedings in the above-entitled matter.
 4         Dated at Denver, Colorado, this 6th day of October,
 5    2025.
 6
 7
 8                        [signature: Mary J. George]
 9         _____
           MARY J. GEORGE, FCRR, CRR, RMR
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Exhibit C
Page 3 of 3