

August 25, 2025

*via email*

Brent Case
Semple, Farrington, Everall & Case, P.C.
1120 Lincoln Street, Suite 1308
Denver, CO 80203

Re: Subpoena Duces Tecum in *Dennis v. School Dist. No.1*, *et al*., No. 2023-CV-2257 (D. Colo.)

Dear Mr. Case:

As you know, this law firm represents Multimedia Holdings Corporation (MHC), the owner and operator of KUSA-TV/9News ("9News"), in connection with the above referenced litigation. The Subpoena Duces Tecum (SDT) you have served on 9News commands it to produce the following documents:

l. Raw or source footage of the Television Story.

2. The package of the Television Story, including, but not limited to, the footage that aired on KUSA- TV.

3. All documents provided to KUSA-TV by Kurt Dennis in conjunction with the Television Story or Internet Article in the form they were provided to KUSA-TY.

4. All documents provided to KUSA-TV by any person or organization other than Kurt Dennis in conjunction with the Television Story or Internet Article in the form they were provided to KUSA- TV.

5. All documents provided to KUSA-TV reporter Chris Vanderveen by Kurt Dennis in conjunction with the Television Story or Internet Article in the form they were provided to Chris Vanderveen.

6. All documents provided to KUSA-TV reporter Chris Vanderveen by any person or organization other than Kurt Dennis in conjunction with the Television Story or Internet Article in the fonn they were provided to Chris Vanderveen.

7. The documents in the form they appeared on-screen in the Television Story.

8. The documents in the form they appeared on-screen in the Internet Article.



100 Fillmore Street, Suite 500 | Denver, CO 80206 | (303) 564-3669 | steve@zblegal.com






9. The documents to which the following text in the Internet Article refers: "9NEWS has obtained documents that back up that claim, but for now, we are choosing not to release the documents out of privacy and safety concerns."

10. The documents to which the following text in the Internet Article refers: "In a document obtained by 9NEWS, the Student Discipline Program Manager said, 'As there is no evidence that [the student] was in possession of a firearm on his school grounds or at any other DPS school, the request for an extended suspension and expulsion hearing is denied. Please return the student to school.'"

As I stated on the phone when we spoke last Friday morning, 9News has made freely available to the public, including your clients, the actual broadcast news report in which Mr. Dennis appeared, on camera, and the text of the online news article at the link contained in paragraph 66 of the Complaint. If any objection were made as to the authenticity and/or other foundational bases for admission of those two documentary exhibits, 9News would be willing to provide an affidavit to any of the parties as necessary to establish such foundational facts.

With respect to any and all **un**published documents and other information that are sought by the SDT, 9News hereby objects, pursuant to Fed. R. Civ. P. 45(d)(2)(B), to producing them, on grounds that all non-published information gathered and recorded by its personnel, in the course of their newsgathering functions (as employees of KUSA-TV/9News), is protected "news information" subject to the Colorado Newsperson's Privilege Law, § 13-90-119, C.R.S., and the independent protection afforded to such materials by the First Amendment to the Constitution of the United States. 9News does not voluntarily waive said privileges.

We trust that if your clients choose to file a motion to compel 9News to produce protected news information, you will provide us notice of said motion's filing and afford my client sufficient opportunity to file a response in opposition thereto, invoking its statutory and constitutional privileges, as set forth above.

Sincerely,

Steve Zansberg

Steven D. Zansberg

cc: Chris Moeser, Esq., TEGNA Inc.