**SEMPLE FARRINGTON EVERALL & CASE**
ATTORNEYS AT LAW

M. BRENT CASE
bcase@semplelaw.com
Direct Line: 720.974.9737

September 16, 2025

Steve Zansberg
Zansberg Beylkin
100 Fillmore St., Ste. 500
Denver, CO 80206
Via e-mail: steve@zblegal.com

Re:  *Dennis v. School District No. 1*, et al., USDC-Colo. Case # 23-cv-02257-JLK
     Third Party Subpoena Duces Tecum to KUSA-TV/9News ("9News")

Dear Mr. Zansberg:

This firm represents Denver Public Schools ("DPS") in the above-captioned matter. On August 13, 2025, DPS served a subpoena duces tecum ("SDT") upon 9News commanding it to produce 10 categories of documents. On August 25, 2025, you responded on 9News' behalf by letter, objecting to all "unpublished documents and other information [] sought by the SDT", i.e., all documents beyond those defined by the second listed category. 9News supplied the document defined by the second listed category on August 28, 2025.

9News' objections were grounded in the qualified reporter's privilege under the First Amendment to the U.S. Constitution and § 13-90-119, C.R.S. After examining authority discussing the former (this is a federal question case in federal court), DPS revises the unsatisfied categories of documents listed on the SDT to which 9News is commanded to supply as follows:

- Category 1 is revised to read: "Raw or source footage of the Television Story containing communications by Kurt Dennis."
- Categories 4 & 6-10 are deleted.

DPS also wishes to depose Chris Vanderveen concerning the information Kurt Dennis supplied Mr. Vanderveen about the DPS student Mr. Dennis discussed in the Television Story referenced by the SDT. The deposition would take place at our office and could be limited to two hours.

Does 9News wish to maintain its objections to the SDT as revised? Will Mr. Vanderveen agree to sit for the above-described deposition? Please respond by September 23, 2025.

Sincerely,

*M. Brent Case*

M. Brent Case

cc:  Jon Fero & Max Spiegel
     David Lane & Maddie Lips

**Exhibit F**
**Page 1 of 1**