| | |
|---|---|
| **From:** | Steve Zansberg |
| **To:** | Brent Case |
| **Cc:** | Jon Fero; Max Spiegel; David Lane; Maddie Lips |
| **Subject:** | RE: 9News subpoena |
| **Date:** | Wednesday, September 17, 2025 2:52:14 PM |
| **Attachments:** | image001.png |
| | image002.png |

Brent:

KUSA-TV/9News stands on its prior objection to producing any unpublished news information and it will move to quash any subpoena you may serve, seeking Mr. Vandereen's deposition, on the same grounds.

Best,
Steve
(he/him/his)

Steven D. Zansberg



100 Fillmore Street, Suite 500
Denver, CO 80206
(303) 564-3669

**From:** Brent Case <bcase@semplelaw.com>
**Sent:** Tuesday, September 16, 2025 2:06 PM
**To:** Steve Zansberg <steve@zblegal.com>
**Cc:** Jon Fero <jfero@semplelaw.com>; Max Spiegel <mspiegel@semplelaw.com>; David Lane <dlane@killmerlane.com>; Maddie Lips <mlips@killmerlane.com>
**Subject:** RE: 9News subpoena

Dear Mr. Zansberg:

Please see the attached letter.

Thanks,
Brent Case



**M. Brent Case**
Semple, Farrington, Everall & Case, P.C.
1120 Lincoln Street, Suite 1308
Denver, Colorado 80203
Direct: 720.974.9737
Main: 303.595.0941

**From:** Steve Zansberg <steve@zblegal.com>

Sent: Monday, August 25, 2025 3:17 PM
To: Brent Case <bcase@semplelaw.com>
Cc: Jon Fero <jfero@semplelaw.com>
Subject: RE: 9News subpoena

Brent:

Good afternoon.   As I suspected/predicted when we spoke on Friday, my client is objecting to producing any unpublished news information sought by the SDT.

Please confirm, by return email, that you have received the attached Objection Letter. Thanks.

Best,
Steve
(he/him/his)

Steven D. Zansberg



100 Fillmore Street, Suite 500
Denver, CO  80206
(303) 564-3669

---

**From:** Brent Case <bcase@semplelaw.com>
**Sent:** Friday, August 22, 2025 9:17 AM
**To:** Steve Zansberg <steve@zblegal.com>
**Cc:** Jon Fero <jfero@semplelaw.com>
**Subject:** Re: 9News subpoena

Good morning, Steve. Thanks for the preliminary discussion. As discussed, my clients agree to extend the response date to 9/2/25. I've also attached a copy of the complaint in the underlying matter.

Thanks,
Brent

Brent Case
Semple, Farrington, Everall & Case, P.C.
1120 Lincoln Street, Suite 1308
Denver, CO 80203
Direct: (720) 974-9737
Main: (303) 595-0941

---

**From:** Steve Zansberg <steve@zblegal.com>
**Date:** Thursday, August 21, 2025 at 4:24 PM
**To:** Brent Case <bcase@semplelaw.com>

**Cc:** Jon Fero <jfero@semplelaw.com>
**Subject:** RE: 9News subpoena

Fine. Look forward to speaking with you then.

Best,
Steve
(he/him/his)

Steven D. Zansberg



100 Fillmore Street, Suite 500
Denver, CO  80206
(303) 564-3669

**From:** Brent Case <bcase@semplelaw.com>
**Sent:** Thursday, August 21, 2025 6:14 PM
**To:** Steve Zansberg <steve@zblegal.com>
**Cc:** Jon Fero <jfero@semplelaw.com>
**Subject:** RE: 9News subpoena

Good educated guess! I'll call you at the below number at 9:00 tomorrow.

Thanks,
Brent



M. Brent Case
Semple, Farrington, Everall & Case, P.C.
1120 Lincoln Street, Suite 1308
Denver, Colorado 80203
Direct: 720.974.9737
Main:  303.595.0941

**From:** Steve Zansberg <steve@zblegal.com>
**Sent:** Thursday, August 21, 2025 4:07 PM
**To:** Brent Case <bcase@semplelaw.com>
**Cc:** Jon Fero <jfero@semplelaw.com>
**Subject:** RE: 9News subpoena

Brent:

Yes, I do I represent KUSA-TV/9News. I am available to speak with you about the SDT tomorrow morning or all day Monday.  Please LMK what time(s) work for you.

Best,

Steve
(he/him/his)

Steven D. Zansberg



100 Fillmore Street, Suite 500
Denver, CO  80206
(303) 564-3669

**From:** Brent Case <bcase@semplelaw.com>
**Sent:** Thursday, August 21, 2025 3:34 PM
**To:** Steve Zansberg <steve@zblegal.com>
**Cc:** Jon Fero <jfero@semplelaw.com>
**Subject:** 9News subpoena

Steve: We served a subpoena on 9News last week in USDC Case No. 23-02257. Do you happen to represent 9News on this or have an idea of who might?

Thanks,
Brent Case



M. Brent Case
Semple, Farrington, Everall & Case, P.C.
1120 Lincoln Street, Suite 1308
Denver, Colorado 80203
Direct: 720.974.9737
Main:  303.595.0941