IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

| | |
|---|---|
| Date: December 8, 2025 | Courtroom Deputy: Bernique Abiakam |
| Civil Case No.: 23-cv-02257-JLK | Court Reporter: Kevin Carlin |

| | |
|---|---|
| KURT DENNIS, | David A. Lane |
| Plaintiff, | |
| v. | |
| SCHOOL DISTRICT NO. 1 d/b/a Denver Public Schools; | Jonathan P. Fero |
| ALEX MARRERO, in his individual and official capacities as Superintendent; | Michael B. Case |
| XÓCHITL GAYTÁN, in her individual and official capacities as Denver Public School Board of Education President; | |
| AUON'TAI ANDERSON, in his individual and official capacities as Denver Public School Board of Education Vice President; | |
| SCOTT ESSERMAN, in his individual and official capacities as Denver Public School Board of Education Treasurer; | |
| MICHELLE QUATTLEBAUM, in her individual and official capacities as Denver Public School Board of Education Secretary; | |
| CARRIE OLSON, in her individual and official capacities as Denver Public School Board of Education Member; and | |
| CHARMAINE LINDSAY, in her individual and official capacities as Denver Public School Board of Education Member, | |
| Defendants. | |

## COURTROOM MINUTES

Oral Argument Hearing

**10:35 a.m.   Court in session.**

Court calls case.   Appearances of counsel.   Also present, Steve Zansberg for 9NEWS/KUSA-TV (third party).

Preliminary remarks by the Court.

Argument heard on Motion To Compel, Doc. No. 33.

| | |
|---|---|
| 10:43 a.m. | Argument by Mr. Lane. |
| 10:47 a.m. | Argument by Mr. Fero. |
| 11:01 a.m. | Argument by Mr. Zansberg. |
| 11:12 a.m. | Further argument by Mr. Lane. |
| 11:14 a.m. | Further argument by Mr. Fero. |
| 11:19 a.m. | Comments by the Court. |
| 11:20 a.m. | Further argument by Mr. Zansberg. |
| **11:22 a.m.** | **Court in recess.** |
| **11:51 a.m.** | **Court in session.** |

Comments and ruling by the Court.

**ORDERED: Defendant Denver Public Schools' Motion To Compel 9NEWS/KUSA-TV to Comply With The Subpoena Duces Tecum (Filed 10/13/25; Doc. No. 33) is DENIED.**

**12:04 p.m.   Court in recess.**
Hearing concluded.
Total in-court time:  01:00