IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02257-JLK

KURT DENNIS,

    Plaintiff,

v.

SCHOOL DISTRICT No. 1 d/b/a DENVER PUBLIC SCHOOLS, *et al.*

    Defendants.

## JOINT MOTION FOR ORDER TO SET SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE VARHOLAK

The Parties, by and through their undersigned counsel of record, hereby submit the following Joint Motion for Order to Set Settlement Conference with Magistrate Judge Varholak, and state as follows:

1. The Parties participated in a Scheduling Conference with United States District Court Judge Kane on February 20, 2025.

2. Prior to Judge Kane being assigned to this matter, Magistrate Judge Prose was drawn to this case.

3. The Parties are jointly requesting appointment of Magistrate Judge Varholak to conduct a settlement conference in this matter.

4. The parties respectfully request that Magistrate Judge Varholak be appointed to this case for the purposes of conducting a settlement conference, to be scheduled at a date and time convenient for all parties and Magistrate Judge Varholak.

WHEREFORE the Parties respectfully request that this Court appoint Magistrate Judge Varholak to conduct a settlement conference between the parties in this matter and for any other relief it deems just and proper.

DATED this 21st day of January 2026.

KILLMER LANE, LLP

s/ David A. Lane
_____
David A. Lane
Madison Schaefer
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001 fax
dlane@killmerlane.com
mschaefer@killmerlane.com

SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

/s/ Michael Brent Case
Michael Brent Case
Jonathan P. Fero
1120 Lincoln St., Ste 1308
Denver, CO 80203
(303) 595-0941
bcase@semplelaw.com
jfero@semplelaw.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing will was filed via CM/ECF, which will send notification to the following:

Michael Brent Case
Jonathan P. Fero
1120 Lincoln St., Ste 1308
Denver, CO 80203
(303) 595-0941
bcase@semplelaw.com
jfero@semplelaw.com
*Attorneys for Defendants*

                Killmer Lane, LLP

                *s/ Jamie Akard*
                _____
                Jamie Akard