***Dennis***

***v.***

***School District No 1***

---

Scott Esserman

April 20, 2026

---

AB Litigation SERVICES
216 16th Street, Suite 600
Denver, CO 80202
303-296-0017

**Exhibit RR**
**Defts.' Mot. for Summary Judgment**

A I'm not saying that. I haven't said that publicly. But if -- but if we want to follow the logic, I'm not going to disagree with the logic.

**Q So do you or do you not believe Kurt Dennis is a racist based on his discriminatory treatment targeting students of color for the de-escalation room?**

A I think that he took racist actions.

**Q And people who are racist take racist actions, right?**

MR. FERO: Objection. Form. Foundation.

A Sure.

**Q (By Mr. Lane) Okay. You understand that the thrust of your comments in the public forum were that Kurt Dennis was acting in a discriminatory fashion and targeting students of color for I think what you and Mr. Anderson referred to as incarceration rooms, correct?**

MR. FERO: Objection. Form.

A No. I don't agree with that statement.

**Q (By Mr. Lane) What do you disagree with that statement about?**

A Had I wanted to to say that Kurt Dennis was a racist, I would have said that, and I did not.

**Q You said he acted in a -- sorry. You said**



**he acted in a discriminatory fashion targeting black students, didn't you?**

A I don't think that the article says discriminatory fashion. Do you want to look back at that?

**Q Sure. I'll go back and share.**

A Children placed in the rooms were students of color. The legal burden for -- for -- for proving discrimination is high. It's very clear that the only students placed in the room are black students.

Yeah, I don't believe that I used the word discrimination or discriminatory or racist. And had I wanted to, I would have. I don't -- I don't mess around with my words.

**Q Well, you said only -- Kurt Dennis basically only put black students into the room, right?**

A But you're saying that. I said the only students placed in the room were black students.

**Q And you agree that that -- the implication in that statement is that he's discriminating against black students, right?**

MR. FERO: Object to form.

A That -- that -- that's not what's --



that -- that's not what implied there. That may be what you inferred, but that's not what's implied.

**Q (By Mr. Lane) What is implied -- what's the relevance of you saying the only students placed in this room were black students? What is the relevance of that statement?**

MR. FERO: Objection. Form.

A That -- the relevance of that statement is making sure that the public knew that that's what was going on there.

**Q (By Mr. Lane) Well, so what? You know, I mean, you -- that's like saying, Oh, every student placed in that room was wearing a shirt. It's irrelevant to the point you're making. You said they were all black students. What is the point you're trying to make by making clear that only black students got put in that room?**

MR. FERO: Objection. Form.

A The -- that they were all black students and that people paying attention had to draw their own conclusions about that.

**Q (By Mr. Lane) Well, what was your conclusion?**

A My conclusion was that all of the students that were placed in the room to my knowledge at that



point were black students.

**Q Which means what?**

A Which means that probably shouldn't be happening in Denver Public Schools.

**Q Why?**

A Be -- well, number one, no student should have been placed in the room. Number two, I made the distinction black students because if only black students are being incarcerated, that feels like the District is taking discriminatory action, and I have responsibility to address that.

**Q Well, the District isn't taking discriminatory action. Kurt Dennis, according to you, is taking discriminatory action, correct?**

MR. FERO: Object to form.

A I'm telling you had I wanted to call out Kurt Dennis personally at that time, I would have.

**Q (By Mr. Lane) You weren't giving a condemnation lecture about the District to the media. You were talking about what Kurt Dennis had done, weren't you?**

MR. FERO: Objection. Form.

A I was talking about what had occurred at McAuliffe.

**Q (By Mr. Lane) And you laid the**

Exhibit RR
Defts.' Mot. for Summary Judgment