IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 23-cv-02257-JLK

KURT DENNIS,

Plaintiff,

v.

SCHOOL DISTRICT NO. 1 d/b/a DENVER PUBLIC SCHOOLS;
SUPERINTENDENT ALEX MARRERO, in his individual and official capacities;
DENVER PUBLIC SCHOOL BOARD OF EDUCATION PRESIDENT XÓCHITL GAYTÁN, in her individual and official capacities;
DENVER PUBLIC SCHOOL BOARD OF EDUCATION VICE PRESIDENT AUON'TAI ANDERSON, in his individual and official capacities;
DENVER PUBLIC SCHOOL BOARD OF EDUCATION TREASURER SCOTT ESSERMAN, in his individual and official capacities;
DENVER PUBLIC SCHOOL BOARD OF EDUCATION SECRETARY MICHELLE QUATTLEBAUM, in her individual and official capacities;
DENVER PUBLIC SCHOOL BOARD OF EDUCATION MEMBER CARRIE OLSON, in her individual and official capacities; and
DENVER PUBLIC SCHOOL BOARD OF EDUCATION MEMBER CHARMAINE LINDSAY, in her individual and official capacities,,

Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL**

---

Max S. Spiegel, Esq., pursuant to D.C.COLO.LAttyR 5(b), hereby files his motion to withdraw as counsel, as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(A), conferral is not required for motions to withdraw under D.C.COLO.LAttyR 5(b).

2. An attorney may withdraw from a case upon a showing of good cause and service

of the withdrawal notice on all counsel of record and the represented party. *See* D.C.COLO.LAttyR 5(b).

3. Good cause exists for withdrawal from the case because, beginning on November 23, 2026, Mr. Spiegel will no longer be affiliated with the firm of Semple, Farrington and Case, P.C. Thus, he seeks to withdraw as counsel for Defendants in this action.

4. Mr. Spiegel's withdrawal will not have a material adverse effect on Defendants or the case, as Michael Brent Case and Jonathan P. Fero will continue their representation of Defendants.

5. Mr. Spiegel certifies that a copy of this motion has been served on Defendants, via electronic email.

WHEREFORE, Max S. Spiegel, Esq., respectfully requests that this Court enter an order granting his motion to withdraw and further requests that all service lists, including service by electronic means, be modified to remove his from such lists.

Respectfully submitted this 16th day of November, 2026.

SEMPLE, FARRINGTON & CASE, P.C.

By: s/ *Max S. Spiegel*

Max S. Spiegel
1120 Lincoln Street, Suite 1308
Denver, CO 80203
(303) 595-0941
mspiegel@semplelaw.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November, 2026, a correct copy of the foregoing **MOTION TO WITHDRAW AS ATTORNEY** was filed and served via CM/ECF to the following:

David A. Lane
Madison Schaefer
Katerina Morgan
Killmer Lane, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
dlane@killmerlane.com
mlips@killmerlane.com
kmorgan@killmerlane.com
*Attorneys for Plaintiff*

By: *s/ Eston Garner*